UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-09-2019-RHW-2 |
| Plaintiff, ) | |
| ) | ORDER DENYING |
| v. ) | RECONSIDERATION OF DETENTION |
| ) | ORDER |
| CARL ELDON RENECKER, ) | |
| ) | ☑ MOTION GRANTED |
| Defendant. ) | (Ct. Rec. 33) |

Date of bail hearing: **May 20, 2009**

☑ The court has conducted a hearing to review bail. The court, based upon the factual findings and statement of reasons for detention hereafter set forth, and as stated in court, finds the following:

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

☐ Pursuant to 18 U.S.C. § 3142(e), there is a rebuttable presumption that Defendant is a flight risk and a danger to the community based on the nature of the pending charge. Application of the presumption is appropriate in this case.

☑ Defendant has a history of:    ☑ Failures to appear
                                 ☐ Failures to comply

☐ Defendant has few or no ties to the community.

☑ Defendant has a ☑ significant criminal history.

☑ Defendant has an outstanding warrant(s).

☐ Defendant does not have a suitable residence.

☐ Defendant appears to suffer from chemical dependency.

ORDER DENYING RECONSIDERATION OF DETENTION ORDER- 1

1  ☑  Other: The defendant has a history of committing violent
2  crimes.
3  ☐  The court finds the Defendant is not supervisable.
4  ☑  By a preponderance of the evidence there are no conditions or
5  combination of conditions other than detention that will reasonably
6  assure the appearance of Defendant as required.
7  ☑  By clear and convincing evidence there are no conditions or
8  combination of conditions other than detention that will ensure the
9  safety of the community.
10 ☐  Defendant is currently on probation/supervision resulting from
11 a prior offense.
12 ☐  Bureau of Immigration and Customs Enforcement Detainer.
13 **IT IS ORDERED**:
14     1.  Defendant shall remain in detention pending disposition of
15 this case or until further order of the court.
16     2.  Defendant is committed to the custody of the U.S. Marshal
17 for confinement separate, to the extent practicable, from persons
18 awaiting or serving sentences or being held in custody pending
19 appeal.
20     3.  Defendant shall be afforded reasonable opportunity for
21 private consultation with counsel.
22     DATED May 20, 2009.

                                    s/James P. Hutton
                                    JAMES P. HUTTON
                                    UNITED STATES MAGISTRATE JUDGE

ORDER DENYING RECONSIDERATION OF DETENTION ORDER- 2