PROB 12C
(7/93)

Report Date: January 11, 2012

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 11 2012

JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Carl Eldon Renecker                          Case Number: 2:09CR02019-002

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: 9/22/2009

Original Offense:        Possession of a Firearm by a Prohibited Person, 18 U.S.C. § 922(g)(1)

Original Sentence:       Prison - 33 Months; TSR - 36 Months            Type of Supervision: Supervised Release

Asst. U.S. Attorney:     James A. Goeke          Date Supervision Commenced: 9/19/2011

Defense Attorney:        Federal Defender        Date Supervision Expires: 9/18/2014

---

### PETITIONING THE COURT

**To issue a summons with request for an initial appearance date after February 4, 2012.**

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number | Nature of Noncompliance
--- | ---
1 | **Mandatory Condition #4**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.
2 | **Special Condition #17**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence For The Above-Noted Conditions**: On December 28, 2011, Mr. Renecker provided a urine sample at Sundown M Ranch, his outpatient treatment provider. The sample tested presumptive positive for marijuana and methamphetamine, and was submitted to the laboratory for confirmation. Mr. Renecker initially denied any illegal drug use. He has since admitted to both his counselor at Sundown M Ranch and this officer that he used methamphetamine prior to the December urine test. The laboratory confirmation on the sample was negative for illegal drugs.

Prob12C
Re: Renecker, Carl Eldon
January 11, 2012
Page 2

| | | |
|---|---|---|
| 3 | | **Special Condition #16**: You shall undergo a substance abuse evaluation and, if indicated, enter into and successfully complete an approved substance abuse treatment program, including aftercare. You shall contribute to the cost of treatment according to your ability. You shall allow full reciprocal disclosure between the supervising probation officer and treatment provider. |

**Supporting Evidence**: Mr. Renecker was participating in the intensive outpatient substance abuse treatment program at Sundown M Ranch since October 27, 2011. In the absence of the defendant's supervision officer, on December 28, 2011, this officer received a telephone call from Mr. Renecker's counselor at Sundown M Ranch. The counselor was concerned that Mr. Renecker was beginning to show a pattern of missed treatment sessions. This was discussed with Mr. Renecker and he attended his counseling session that evening, during which he gave the above-noted urine sample. Sundown M Ranch subsequently discharged him from treatment on December 30, 2011, noting he was "unable/unwilling to engage in treatment functions." His counselor recommended he enter inpatient treatment.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition. This officer is requesting his initial appearance be set after his discharge from inpatient substance abuse treatment on February 4, 2012.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: January 11, 2012

s/James A. Moon

James A. Moon
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons (initial appearance date to be set after February 4, 2012, when he completes inpatient treatment)
[ ] Other

Signature of Judicial Officer

1/11/12
Date