PROB 12C
(7/93)

Report Date: March 6, 2012

## United States District Court

for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 08 2012

JAMES R. LARSEN, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Carl Eldon Renecker          Case Number: 2:09CR02019-002 RHW

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: 9/22/2009

Original Offense:       Possession of a Firearm by a Prohibited Person, 18 U.S.C. § 922(g)(1)

Original Sentence:      Prison - 33 Months; TSR - 36 Months          Type of Supervision: Supervised Release

Asst. U.S. Attorney:    James Goeke             Date Supervision Commenced: 9/19/2011

Defense Attorney:       Diane E. Hehir          Date Supervision Expires: 9/18/2014

---

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 1/11/2012 and 3/5/2012.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Standard Condition #7**: The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to controlled substance, except as prescribed by a physician. |
| | **Supporting Evidence**: This officer and two deputies from the U.S. Marshals Service attempted to locate Mr. Renecker at his residence on March 5, 2012. No one responded after multiple knocks on the door, therefore, entry was made into the home. It was determined Mr. Renecker was not in the apartment. In plain view of this officer and the two deputies was what appeared to be a smoking device used for illegal drugs, which was located on the night stand next to Mr. Renecker's bed. The item was seized and was removed from the residence by this officer. |
| 7 | **Special Condition #16**: You shall undergo a substance abuse evaluation and, if indicated, enter into and successfully complete an approved substance abuse treatment program, including aftercare. You shall contribute to the cost of treatment according to your ability. You shall allow full reciprocal disclosure between the supervising probation officer and treatment provider. |

Prob12C
Re: Renecker, Carl Eldon
March 6, 2012
Page 2

**Supporting Evidence**: Mr. Renecker failed to attend his substance abuse treatment group on March 5, 2012.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 03/06/2012

s/Stephen Krous

Stephen Krous
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[✓]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Other

Signature of Judicial Officer

3/8/2012
Date