PROB 12C
(7/93)

Report Date: March 5, 2012

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 05 2012

JAMES R LARSEN, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Carl Eldon Renecker | Case Number: 2:09CR02019-002 |
| Address of Offender: | |

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: 9/22/2009

| | |
|---|---|
| Original Offense: | Possession of a Firearm by a Prohibited Person, 18 U.S.C. § 922(g)(1) |
| Original Sentence: | Prison - 33 Months; TSR - 36 Months    Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | James Goeke    Date Supervision Commenced: 9/19/2011 |
| Defense Attorney: | Diane E. Hehir    Date Supervision Expires: 9/18/2014 |

## PETITIONING THE COURT

To issue a warrant and incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 1/11/2012.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Standard Condition #3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.<br><br>**Supporting Evidence**: Mr. Renecker was directed to report to the U.S. Probation office on March 2, 2012. He did not come to the office as instructed. |
| 5 | **Special Condition #16**: You shall undergo a substance abuse evaluation and, if indicated, enter into and successfully complete an approved substance abuse treatment program, including aftercare. You shall contribute to the cost of treatment according to your ability. You shall allow full reciprocal disclosure between the supervising probation officer and treatment provider.<br><br>**Supporting Evidence**: Mr. Renecker failed to provide a urine sample on February 22, 2012. He was allowed to make it up the following day and the sample was negative.<br><br>Mr. Renecker did not attend his group treatment meeting on March 1, 2012, at Merit Resource Services. He has also failed to provide the treatment program, with verification of attending self help groups (i.e. NA or AA). |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 03/05/2012

s/Stephen Krous

Stephen Krous
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons
[✓] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Other

Signature of Judicial Officer

3/05/2012
Date