PROB 12C
(7/93)

Report Date: May 17, 2013

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 17 2013

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

| | | |
|---|---|---|
| Name of Offender: | Carl Eldon Renecker | Case Number: 2:09CR02019-002 |
| Address of Offender: | ▮▮▮▮▮▮▮▮▮▮ | |

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: September 22, 2009

| | | |
|---|---|---|
| Original Offense: | Possession of a Firearm by a Prohibited Person, 18 U.S.C. § 922(g)(1) | |
| Original Sentence: | Prison - 33 Months; TSR - 36 Months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | James Goeke | Date Supervision Commenced: December 21, 2012 |
| Defense Attorney: | Diane E. Hehir | Date Supervision Expires: April 20, 2015 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #6**: The defendant shall notify the probation officer at least 10 days prior to any change in residence or employment. |
| | **Supporting Evidence**: Contact with Mr. Renecker via telephone and visits to his home have been unsuccessful since May 2, 2013. At the current time, Mr. Renecker's whereabouts are unknown. |

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 05/17/2013

s/M.D. Elvin

M.D. Elvin
Deputy Chief U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

5/17/2013
Date