PROB 12C
(7/93)

Report Date: May 22, 2013

## United States District Court

for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**MAY 23 2013**

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Carl Eldon Renecker     Case Number: 2:09CR02019-002

Address of Offender: ███████████████████████████

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: September 22, 2009

Original Offense:     Possession of a Firearm by a Prohibited Person, 18 U.S.C. § 922(g)(1)

Original Sentence:     Prison - 33 Months;     Type of Supervision: Supervised Release
                           TSR    - 36 Months

Asst. U.S. Attorney:    James Goeke     Date Supervision Commenced: December 21, 2012

Defense Attorney:    Diane E. Hehir     Date Supervision Expires: April 20, 2015

### PETITIONING THE COURT

To incorporate the following violation with the violation report submitted May 17, 2013.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Special Condition #17**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Mr. Renecker failed to report to submit a scheduled urinalysis sample to the contract treatment provider on May 14, 2013. Subsequent attempts to contact Mr. Renecker by this officer to direct him to report to the probation office and provide the required sample were met with negative results. |

Prob12C
Re: Renecker, Carl Eldon
May 22, 2013
Page 2

The U.S. Probation Office respectfully recommends the Court incorporate this violation into the violations previously reported on May 17, 2013.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 05/22/2013

s/M.D. Elvin

M.D. Elvin
Deputy Chief U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[✓] Other - Incorporate

Signature of Judicial Officer

5/23/2013
Date