PROB 12C
(7/93)

# United States District Court

for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Report Date: May 31, 2013

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**MAY 31 2013**

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

| | |
|---|---|
| Name of Offender: Carl Eldon Renecker | Case Number: 2:09CR02019-002 |
| Address of Offender: ███████████████ | |
| Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge | |
| Date of Original Sentence: September 22, 2009 | |
| Original Offense: Possession of a Firearm by a Prohibited Person, 18 U.S.C. § 922(g)(1) | |
| Original Sentence: Prison - 33 Months; TSR - 36 Months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: James Goeke | Date Supervision Commenced: December 21, 2012 |
| Defense Attorney: Syovata Edari | Date Supervision Expires: April 20, 2015 |

## PETITIONING THE COURT

To incorporate the following violation with the violation reports submitted May 17 and May 22, 2013

The probation officer believes that the offender has violated the following condition of supervision:

Violation Number | Nature of Noncompliance
--- | ---
3 | **Special Condition #17**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.
 | **Supporting Evidence**: Mr. Renecker failed to report to submit a scheduled urinalysis sample to the contract treatment provider on May 28, 2013. On May 29, 2013, Mr. Renecker was directed to report to U.S. Probation's contract vendor, ADEPT, to provide a sample. Mr. Reneker reported as required and provided a urine sample that tested presumptive positive for use of methamphetamine.

Prob12C
Re: Renecker, Carl Eldon
May 31, 2013
Page 2

The U.S. Probation Office respectfully recommends the Court incorporate this violation into the violations previously reported on May 17 and May 22, 2013.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  05/31/2013

s/M.D. Elvin

M.D. Elvin
Deputy Chief U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] Other  _Incorporate_

_____
Signature of Judicial Officer

5/31/2013
Date