PROB 12C
(7/93)

Report Date: August 7, 2013

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Carl Eldon Renecker     Case Number: 2:09CR02019-002

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Neilsen, Senior U.S. District Judge

Date of Original Sentence: 9/22/2009

| | |
|---|---|
| Original Offense: | Possession of a Firearm by a Prohibited Person, 18 U.S.C. § 922(g)(1) |
| Original Sentence: | Prison - 33 Months; TSR - 36 Months    Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Pamela J. Byerly    Date Supervision Commenced: 12/21/2012 |
| Defense Attorney: | Roger Peven    Date Supervision Expires: 4/20/2015 |

## PETITIONING THE COURT



To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 2**: The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month.<br><br>**Supporting Evidence**: Mr. Renecker failed to submit his monthly supervision report for the month of July 2013, which was due on or before August 5, 2013. |
| 2 | **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.<br><br>**Supporting Evidence**: On August 1, 2013, Carl Renecker failed to attend his scheduled Sobriety Treatment and Education Program (STEP) court session. Since that date, multiple messages have been left for Mr. Renecker, directing him to report to the U.S. Probation Office. To date he has failed to report as directed. |

Case 2:09-cr-02019-RHW Document 44 Filed 08/07/13

Prob12C
Re: Renecker, Carl Eldon
August 7, 2013
Page 2

3   **Special Condition # 16**: You shall undergo a substance abuse evaluation and, if indicated, enter into and successfully complete an approved substance abuse treatment program, including aftercare. You shall contribute to the cost of treatment according to your ability. You shall allow full reciprocal disclosure between the supervising probation officer and treatment provider.

**Supporting Evidence**: Carl Renecker failed to attend scheduled substance abuse treatment on July 29 and 31, and August 1 and 5, 2013.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   08/07/2013

s/Richard Law

Richard Law
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

August 7, 2013
Date