PROB 12C
(7/93)

Report Date: August 16, 2013

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG 19 2013

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Carl Eldon Renecker     Case Number: 2:09CR02019-002

Address of Offender: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: 9/22/2009

Original Offense: Possession of a Firearm by a Prohibited Person, 18 U.S.C. § 922(g)(1)

Original Sentence: Prison - 33 Months; TSR - 36 Months     Type of Supervision: Supervised Release

Asst. U.S. Attorney: Pamela J. Byerly     Date Supervision Commenced: 12/21/2012

Defense Attorney: Roger Peven     Date Supervision Expires: 4/20/2015

---

### PETITIONING THE COURT

**To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 8/7/2013.**

The probation officer believes the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: On August 6, 2013, Carl Renecker was contacted by the Washington State Patrol, and found to be driving while his license was suspended in the third degree, and operating a motor vehicle without insurance. |
| 5 | **Special Condition # 17**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Carl Renecker failed to report for urinalysis testing as scheduled on August 7, 2013. |

Prob12C
Re: Renecker, Carl Eldon
August 16, 2013
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 8/16/2013

s/Richard Law

Richard Law
U.S. Probation Officer

## THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[✓]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Other

s/Robert H. Whaley

Signature of Judicial Officer

August 19, 2013

Date